## GEORGE COTTERALL
### v.
## ALEXANDER HARROW AND JOHN HARROW

1809

### JOURNAL ENTRIES

1. Assignment of errors filed; reply; issue . . . *Journal, infra,* \*p. 238
2. Argument heard . . . . . . . . . . . " 241
3. Reversed; rule to answer over to merits, etc. . . . . " 255
4. Abatement . . . . . . . . . . . . " 298
5. Abatement . . . . . . . . . . . . " 328

### PAPERS IN S. C. FILE
[None]

### PAPERS IN D. C. FILE

1. Subpoena for Robert McNiff . . . . . . . . . . .